UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

**FILED**
Nov 04, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TIMOTHY LEE ADKINS,<br><br>Debtor. | Case No. 23-24596-D-7<br><br>District Court No.<br>2:26-mc-0409 DAD AC (BK)(PS) |
| AMEY E. ADKINS,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY LEE ADKINS,<br><br>Defendant. | AP No. 24-2027<br><br>DCN: CAE-4 |

**ORDER TRANSFERRING *IN FORMA PAUPERIS* MOTION**

Plaintiff, Amey E. Adkins, ("Plaintiff") is suing the Debtor, Timothy Lee Adkins, to have certain debts declared nondischargeable. Doc. 65. Plaintiff had requested to amend her complaint to include other causes of action, but that request was denied. Docs. 81, 85. Plaintiff appealed, but the Bankruptcy Appellate Panel dismissed the interlocutory appeal. Doc. 119. The parties are currently subject to a scheduling order in this adversary proceeding, which includes a deadline of December 11, 2026 to close fact discovery. Doc. 113. Plaintiff filed a motion for leave to proceed *in forma pauperis* with respect to this adversary proceeding ("IFP Motion") on October

21, 2026, docket #118. Plaintiff's motion also requests that the court seek a volunteer attorney to represent her. *Id.* Plaintiff further argues that the bankruptcy court lacks jurisdiction to grant or deny her motion. *Id.*

As the court notes in *Perroton v. Gray (In re Perroton)*, 958 F.2d 889 (9th Cir. 1992), the Bankruptcy Court has no authority to grant or deny *in forma pauperis* motions under 28 U.S.C. §1915(a), because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. §451. Therefore, Plaintiff's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is Plaintiff's responsibility to take all necessary steps to have the IFP Motion considered by the District Court within a reasonable period of time.

For the convenience of the District Court, a copy of the IFP Motion is attached to this order.

Dated: November 04, 2026



Corrine Bielejeski
U.S. Bankruptcy Judge